John Quarello and Alba Quarello
PO Box 3123
Apple Valley, CA 92307
760-964-0294


FILED
APR 21 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

John Quarello and Alba Quarello, IN PRO SE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

JOHN QUARELLO and

ALBA QUARELLO

　　　　　　Debtors.

Case No.: 6:09-bk-16684-BB

**MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL; DECLARATION OF JOHN E AND ALBA M QUARELLO; MEMORANDUM OF POINTS AND AUTHORITIES – DOWNEY SAVINGS AND LOAN ASSOCIATION F.A.**

Date: May 27th 2009
Time: 11:00 am
Place: Rm. 303
340 Twelfth Street 3rd Floor
Riverside, CA 92501

TO: HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:

John E and Alba M Quarello, Debtors herein, hereby moves the above entitled Court for an Order Authorizing Use of Cash Collateral.

//

1. Said Motion is made and based on the grounds that the creditor secured by such cash collateral is adequately protected by the security interest in the real property collateral and future rents.

The Motion is made and based upon the within Motion, the Declaration of John E. and Alba M. Quarello and the Memorandum of Points and Authorities appended hereto.

Dated: 4/19/09

JOHN E. QUARELLO

By: _____
JOHN E. QUARELLO,
Pro Se

## DECLARATION OF JOHN E. AND ALBA M. QUARELLO

John E. Quarello and Alba M. Quarello, hereby declare as follows:

1. We are the Debtors-in-Possession in the above-referenced matter. We make this declaration based upon personal knowledge, except where stated upon information and belief, which matters We believe to be true. If called upon to testify as a witness, We could and would testify competently to the matters in this declaration.

2. We seek court authority to use cash from rental of the real property located at 13591 Limestone Circle, Victorville, CA ("Property") that constitutes cash collateral ("Cash Collateral") in order to pay all necessary operating expenses arising in the ordinary course of our business, as lessors of the Property.

3. Downey Savings, Mortgage ("Lender") has an interest in the Cash Collateral.

4. We have reviewed a statement from Lender, which shows that Lender's lien on the Property is approximately $156,567.00

5. The value of our interest in the Property is approximately $105,000 which is current market value.

6. We initially invested approximately $27,600.00 dollars plus closing costs to purchase this property in 2004. The dollars invested equaled the 30% down payment required of investors at that time. Original purchase price was $92,000.00.

7. Bank of America has a totally unsecured Equity Maximize line of credit lien on this Property in the amount of $71,290.00. See Plan for treatment of this loan.

8. The property is currently leased for one year to Regina Balderrama and family. Tenants began occupancy in October of 2008. This lease is supported by a one

year contract with Housing Authority Rental Assistance Program in the amount of $1,013.00 monthly. Tenant pays $405.50.00 monthly.

9. The rental income from the Property is $1,418.50 per month.

10. Monthly payments of $946.82 were being made to Lender pre-petition. The last payment was made November 1, 2008.

11. Pre-petition arrearages are approximately $4,734.10

12. The pre-petition monthly payment included impounds for County of San Bernardino property taxes. Taxes are current for this property.

13. The pre-petition monthly payment included impounds for Rental Dwelling Insurance from State Farm Insurance Company. The Dwelling is currently insured for $182,000 and Insurance is in effect until June 2009.

14. We intend to use the Cash Collateral until a plan of reorganization is confirmed.

15. The Property is necessary for an effective reorganization.

16. There has not been sufficient cash flow for us to take a salary for operating the Property and therefore, we have not received compensation.

17. We propose to utilize the proceeds of rental income based upon budgets attached hereto as Exhibit A.

18. Downey savings is adequately protected by the real property collateral and by rents accruing and being paid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

//

1  Executed this 19th day of April, 2009 at Apple Valley, California.

2

3  _____        _____
   JOHN E. QUARELLO                 ALBA M. QUARELLO
4  Debtor                           Joint Debtor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

John E. and Alba M. Quarello, Debtors herein, submit the following authorities in support of its Motion for Order Authorizing Use of Cash Collateral:

1. The within case was filed on April 6, 2009 pursuant to Chapter 11 of the Code.

2. The real property located at 13591 Limestone Circle, Victorville, California is encumbered as set forth in the Declaration of John E. and Alba M. Quarello appended hereto.

3. Said property produces rent as shown in said Declaration.

4. Certain expenses must be paid each month to maintain the respective properties consistent with the obligations of the owner pursuant to the applicable lease or rental agreement. The expenses are set forth in the budget attached hereto.

5. The continuing rents are cash collateral of the said secured creditor. In order to continue to receive rents, certain expenses of the properties are required to be paid.

6. The Debtor may not use cash collateral unless (A) the entity having interest consents, or (B) the court, after notice and hearing authorizes such use. Section 363(c)(2).

7. A hearing on a cash collateral motion shall be scheduled in accordance with the needs of the Debtor. Section 363(c)(3).

8. Debtor requires the use of cash collateral to pay expenses as set forth in the budget attached hereto.

9. It is respectfully submitted that the Debtor be authorized to utilize cash collateral rents pursuant to the said budget.

//

Dated: 4/19/09

Respectfully Submitted,

JOHN E. QUARELLO

By: *[signature]*
JOHN E. QUARELLO,
Pro Se

# OPERATING BUDGET
## Monthly

### Exhibit A

| | |
|---|---|
| Mortgage Payment at current rate | 638.00 |
| (does not include impounds) | |
| Landscaping | 125.00 |
| Maintenance, Repair (reserves) | 405.50 |
| Vacancy factor   4% | 57.00 |
| County tax (reserves) | 200.00 |
| Insurance (reserves) | 78.00 |
| Water and sanitation | 40.00 |
| Total | $1418.50 |

Note: Pre-petition mortgage arrearage payments will be included in new mortgage payments to be negotiated with lender as detailed in the Plan and Disclosure Statement