1
2   Joey DeLeon, Esq. (SBN 150974)
    3501 Jamboree Road, North Tower, Fourth Floor
    Newport Beach, CA 92660
3   Telephone: (949) 509-423l, Facsimile: (949) 725-0619
    Attorneys for Downey Savings And Loan Association, F.A.
4

FILED & ENTERED

JUN 05 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

5
6
7
8                   UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

10  In re:                              )   CHAPTER:  11
                                        )
11                                      )   CASE NO.:  6:09-16684- BB
    JOHN and ALBA QUARELLO              )
12                                      )      ORDER RE DEBTORS' MOTIONS (2)
                                        )      FOR USE OF CASH COLLATERAL
13                                      )       (12258 Jasmine Ct., Victorville, CA)
                                        )      (13591 Limestone Circle, Victorville, CA)
14                                      )
                                        )
15                       Debtor(s)      )   Hearing: 5/27/09 @ 11:00 a.m.
                                        )   Department:  303
16                                      )   Judge:  S. Bluebond
17  _____)

18

19          The Debtors' Motions (2) for Use of Cash Collateral with respect to two pieces of real

20  property located at **12258 Jasmine Court, Victorville, CA** (the "Jasmine Property") and **13591**

21  **Limestone Circle, Victorville, CA** (the "Limestone Property")**,** which are jointly referred to herein

22  as the "Downey Properties," came on regularly for hearing on May 27, 2009 at 11:00 a.m. in

23  Courtroom 1475 of the above-entitled Court.  Joey DeLoen, Esq. appeared on behalf of Downey

24  Savings and Loan Association F.A. ("Downey"), and Debtors John Quarello and Alba Quarello

25  appeared in propia persona.  The Court having considered the matter, for the reasons set forth on the

26  record at the time of hearing on the Motions, and other good cause appearing therefor,

27          IT IS HEREBY ORDERED as follows:

28

1. Debtors are authorized to use all rents, income, and profits generated from the Downey Properties (the "Cash Collateral") until September 2, 2009. The Cash Collateral is to be used only for the expenses listed on the Debtors' Budgets for each of the Downey Properties (the "Approved Expenses"), subject to the caveats and terms of this Order. A breakdown of the Approved Expenses is attached as **Exhibit A** hereto.

2. Debtors shall open a segregated interest-bearing account for all reserves listed in the Debtors' Budgets for each of the Downey Properties (the "Reserve Account") and shall deposit all reserves in that account.

3. With respect to the **<u>Jasmine Property</u>,** the reserves shall include the amounts listed on Exhibit A for real estate taxes and insurance on the Jasmine Property. All amounts not reserved and/or expended for the Approved Expenses listed on Exhibit A for the Jasmine Property shall be paid to Downey up to but not to exceed **$1,170.69** per month (which represents the principal and interest payment only). All sums not paid to Downey or used to pay Approved Expenses shall be deposited into the Reserve Account.

4. With respect to the **<u>Limestone Property</u>**, the reserves shall **<u>not</u>** include the amounts listed on Exhibit A for real estate taxes and insurance on the Limestone Property due to the fact that Downey's loan agreement provides for impounds for these items, and they are included in the mortgage payment owed to Downey. All amounts not reserved and/or expended for the other Approved Expenses listed on Exhibit A for the Limestone Property shall be paid to Downey up to but not to exceed **$929.01** ($685.85 of which is for interest only, and $243.16 of which is for property taxes and insurance) per month. All sums not paid to Downey or used to pay Approved Expenses shall be deposited into the Reserve Account.

5. Absent Downey's prior written approval, the amounts reserved and/or paid during any

one month for each Approved Expense for the Downey Properties may not exceed the amounts set forth on Exhibit A by more than ten percent (10%).

6.  Debtors shall send Downey, in care of its attorney of record, on a monthly basis; (a) a print-out, segregated by Property, reflecting all Cash Collateral received, and all expenses reserved and/or paid, during the preceding month, for each of the Downey Properties, and (b) copies of the monthly bank statement for the Reserve Account.

7.  As and for additional adequate protection, Downey is hereby granted a replacement lien on all post-petition rents, income, and profits generated from the Downey Properties, which replacement lien shall have the same validity and priority as its pre-petition lien on the Downey Properties.

8.  The hearing on the Debtors' Motion(s) for Use of Cash Collateral is continued to September 2, 2009 at 2:00 p.m.  Debtors are to file with the Court by August 17, 2009 copies of all monthly reports and bank statements required to be delivered to Downey by this Order.  Downey shall file any additional papers it deems appropriate in connection with the Motion(s) by August 28, 2009.

#####

DATED: June 5, 2009

_____
United States Bankruptcy Judge

-3-

**<u>EXHIBIT "A"</u>**


**MONTHLY OPERATING BUDGET**

**<u>12258 Jasmine Court, Victorville, CA</u>**

| | |
|---|---|
| Mortgage Payment to Downey Savings and Loan | $707.00 |
| Landscaping | 125.00 |
| Maintenance, Repair (reserves) | 230.00 |
| Vacancy factor  (4%) | 59.00 |
| County Tax arrearages and to become current | 200.00 |
| Insurance (reserves) | 56.00 |
| Homeowners Association Fees | 45.00 |
| Water and sanitation | 40.00 |
| Total: | $1,462.00 |


**MONTHLY OPERATING BUDGET**

**<u>13591 Limestone Circle, Victorville, CA</u>**

| | |
|---|---|
| Mortgage Payment to Downey Savings and Loan | $638.00 |
| Landscaping | 125.00 |
| Maintenance, Repair (reserves) | 405.50 |
| Vacancy factor  (4%) | 57.00 |
| ~~County tax (reserves)~~ | ~~200.00~~ |
| ~~Insurance (reserves)~~ | ~~78.00~~ |
| Water and sanitation | 40.00 |
| Total: | $1,418.50 |

**9013-3.1**

<table>
<tr><td>In re<br>**JOHN and ALBA QUARELLO**, Debtor(s).</td><td>(SHORT TITLE)</td><td>CHAPTER: **11**<br>CASE NO.: **6:09-16684- BB**</td></tr>
</table>

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

<u>**PROOF OF SERVICE OF DOCUMENT**</u>

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **3501 Jamboree Road, North Tower, 4th Floor, Newport Beach, CA 92660.**

The foregoing document described **"Order re Debtors' Motions (2) for Use of Cash Collateral"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 5, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **June 5, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.* **(Served via U.S. Mail):**
JOHN and ALBA QUARELLO, P.O. Box 3123, Apple Valley, CA  92307

Honorable S. Bluebond, Suite 1482
U.S. BANKRUPTCY COURT
255 E. Temple Street
Los Angeles, CA  90012-3332

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<table>
<tr><td>June 5, 2009</td><td>Stephanie Dodge</td><td>*/s/ Stephanie Dodge*</td></tr>
<tr><td>*Date*</td><td>*Type Name*</td><td>*Signature*</td></tr>
</table>

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                        **F 9013-3.1**

| In re                                          (SHORT TITLE) | CHAPTER:  11 |
|---|---|
| **JOHN and ALBA QUARELLO**, Debtor(s). | CASE NO.:  **6:09-16684- BB** |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for Debtors (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in Category 1.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **"Order re Debtors' Motions (2) for Use of Cash Collateral"**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 29, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Elizabeth A Lossing     elizabeth.lossing@usdoj.gov
- Joe M Lozano     notice@NBSDefaultServices.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Edward T Weber     eweber@rcolegal.com, bknotice@rcolegal.com

☐     Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

JOHN and ALBA QUARELLO, P.O. Box 3123, Apple Valley, CA  92307

☐     Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐     Service information continued on attached page
_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*