| | |
|---|---|
| 1 | POLK, PROBER & RAPHAEL, A LAW CORPORATION |
| 2 | DEAN R. PROBER, ESQUIRE, #106207 |
| | LEE S. RAPHAEL, ESQUIRE, #180030 |
| 3 | CASSANDRA J. RICHEY, ESQUIRE #155721 |
| 4 | DAVID F. MAKKABI, ESQUIRE #249825 |
| | 20750 Ventura Boulevard, Suite 100 |
| 5 | Woodland Hills, California 91364 |
| | (818) 227-0100 |
| 6 | d.074-023 |
| | Attorneys for Movant |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 6:09-bk-16684-BB |
| | ) | |
| JOHN EDWARD QUARELLO and | ) | |
| ALBA MERCEDES QUARELLO | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DOWNEY SAVINGS AND LOAN | ) | |
| ASSOCIATION, F.A., | ) | Date: July 29, 2009 |
| its assignees and/or successors in interest, | ) | Time: 11:00 .m. |
| | ) | Place: U.S. Bankruptcy Court |
| Movant, | ) |        3420 Twelfth Street |
| | ) |        Riverside, California 92501 |
| vs. | ) |        Courtroom 303, 3rd Floor |
| | ) | |
| JOHN EDWARD QUARELLO and | ) | |
| ALBA MERCEDES QUARELLO; | ) | |
| | ) | |
| Respondents. | ) | |

**STIPULATION FOR ADEQUATE PROTECTION RE SECTION 362 STAY**

1

POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pprlaw.net
D.074-023
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOHN EDWARD QUARELLO and<br>ALBA MERCEDES QUARELLO,<br><br>    Debtors. | Bk. No. 6:09-bk-16684-BB<br><br>Chapter 11<br><br>STIPULATION RE: DEBTORS' MOTION TO DETERMINE VALUE OF 12258 JASMINE COURT VICTORVILLE, CALIFORNIA<br><br>Date: July 29, 2009<br>Time: 11:00 a.m.<br>Place: Room 303<br>340 Twelfth Street 3rd Floor<br>Riverside, CA 92501 |

This Stipulation Re: Debtors' Motion to Determine Value of **12258 Jasmine Court, Victorville, California** (hereinafter "Stipulation") between John Edward Quarello and Alba Mercedes Quarello, Debtors-in-Possession (hereinafter "Debtors"), on the one hand and Downey Saving and Loan Association, F.A., its assignees and/or successors in interest, secured

1

creditor in the above-entitled Bankruptcy proceeding (hereinafter "Downey Savings") on the other, is dated as of July 13, 2009 by and between Debtors and Downey Savings (by and through its counsel of record). Debtors and Downey Savings are collectively referred to herein as the "Parties."

### I.    RECITALS

Downey Savings, is the current payee of a Promissory Note dated November 4, 2005 in the original principal amount of $178,500.00 ("Note" herein) secured by a First Deed of Trust ("Deed of Trust" herein) upon real property generally described as **12258 Jasmine Court, Victorville, California** and legally described as set forth in the Deed of Trust ("Subject Property" herein).

On April 6, 2009, Debtors commenced the above captioned Chapter 11 case by filing a voluntary petition for relief with this Court.

On April 6, 2009, Debtors filed a Proposed Chapter 11 Plan of Reorganization, which valuated the Subject Property at $108,000.00 on p. 5.

On April 14, 2009, Downey Savings filed secured proof of claim #2-1 in the sum of $201,698.30.

WHEREFORE, the Parties hereby agree to the following:

### II.    AGREEMENT

1. That pursuant to Section 506(a) the estimated fair market value of the real property generally described as **12258 Jasmine Court, Victorville, California** be valued and allowed in the amount of $99,000.00.

2. That Downey Savings first secured claim, loan number ending in –8525, be valued and allowed as fully secured in the amount of $99,000.00.

1      3.      The parties further agree that the terms of this Stipulation will not take effect unless and until the Debtors' Proposed Chapter 11 Plan is confirmed by this Court.

SO STIPULATED:

Dated: July 10, 2009                Polk, Prober & Raphael, A Law Corporation

By /s/ Cassandra J. Richey  
CASSANDRA J. RICHEY, ESQ. #155721  
Attorneys for Secured Creditor

Dated: July 10, 2009

By _____  
JOHN QUARELLO  
Debtor In Pro Se

Dated: July 10, 2009

By _____  
ALBA QUARELLO  
Debtor In Pro Se

3

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

The foregoing document described OPPOSITION TO DEBTOR'S MOTION TO DETERMINE VALUE OF CLAIMS; DECLARATION IN SUPPORT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/7/09, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Joey Deleon    joeydeleon@downeysavings.com, cgeoghegan@downeysavings.com;carlotaseng@downeysavings.com
Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
Joe M Lozano    notice@NBSDefaultServices.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Edward T Weber    eweber@rcolegal.com, bknotice@rcolegal.com
Cassandra J. Richey cmartin@pprlaw.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 07/16/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/16/09 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

1 | **II.** **SERVED BY U.S. MAIL**

2 | **Honorable Sheri Bluebond**
**U.S. Bankruptcy Court**
3 | **3420 Twelfth Street**
**Riverside, CA 92501-3819**
4 | **JUDGE'S COPY**

5 | **John Edward Quarello**
**Alba Mercedes Quarello**
6 | **P.O. Box 3123**
**Apple Valley, CA 92307**
7

8 | **Attorney for U.S. Trustee**
**Elizabeth A. Lossing**
**3685 Main Street, Suite 300**
9 | **Riverside, CA 92501**

10 | **Washington Mutual**
**7255 Bay Meadows Way**
11 | **Att: Bankrutpcy Dept.**
**Jacksonville, FL 32256**
12

13 | **Washington Mutual**
**PO Box 395**
**Chatsworth, CA 91313-2395**
14

15 | **Joe M. Lozano, Jr.**
**JPMorgan Chase Bank, N.A.**
16 | **7255 Baymadows Way**
**Mail Stop JAXB2007**
17 | **Jacksonville, FL 32256**

18 | **Polk, Prober & Raphael, A Law Corporation**
**Attorneys for Movant**
**P.O. Box 4365**
19 | **Woodland Hills, CA 91367**

20

21

22

23

24

25

26

27

28

5