John Quarello and Alba Quarello
PO Box 3123
Apple Valley, CA 92307
760-964-0294

FILED & ENTERED

JUL 21 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

John Quarello and Alba Quarello, In Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JOHN QUARELLO and<br><br>ALBA QUARELLO<br><br>Debtors. | Case No.: 6:09-bk-16684-BB<br><br>**ORDER AUTHORIZING USE OF CASH COLLATERAL FOR 13742 MOUNT BALDY WAY, VICTORVILLE, CALIFORNIA**<br><br>Date: June 3, 2009<br>Time: 11:00am<br>Place: Rm. 303<br>340 Twelfth Street 3rd Floor<br>Riverside, CA 92501 |

The motion of Debtors in Possession, John Quarello and Alba Quarello (the "Debtors"), for use of cash collateral came on for regular hearing on June 3, 2009, at 11:00 a.m. before the Honorable Sheri Bluebond, Bankruptcy Judge Presiding. Appearances were made by the Debtors, in pro se. There were no other appearances on this matter. The court having considered the Debtors' motion and no opposition having been filed and good cause appearing thereon:

**IT IS HEREBY ORDERED** that:

1. Debtors are authorized to use all rents, income, and profits (the "Cash Collateral") generated from 13742 Mt Baldy Way, Victorville, California ("the Property) until September 2, 2009 for the expenses listed on the Debtors' Budgets for the Approved Expenses, subject to the

1
ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL
13742 Mount Baldy Way, Victorville, California

caveats and terms of this Order. A breakdown of the Approved Expenses is attached as **Exhibit A** hereto.

2. Debtors shall open a segregated interest-bearing account for all reserves listed in the Debtors' Budgets and shall deposit all reserves in that account.

3. The reserves **shall** include the amounts listed on Exhibit A for real estate taxes and insurance on the property. All amounts not reserved and/or expended for the Approved Expenses listed on Exhibit A for the Jasmine Property shall be paid to Washington Mutual, JP Morgan Chase ('Chase") up to but not to exceed **$889.90** per month (which represents the principal and interest payment only). All sums not paid to Chase or used to pay Approved Expenses shall be deposited into the Reserve Account

4. Absent Chase's prior written approval, the amounts reserved and/or paid during any one month for each Approved Expense for the Property may not exceed the amounts set forth on Exhibit A by more than ten percent (10%).

5. Debtors shall send Chase, in care of its attorney of record, on a monthly basis; (a) a print-out, reflecting all Cash Collateral received, and all expenses reserved and/or paid, during the preceding month, for the Property, and (b) copies of the monthly bank statement for the Reserve Account.

6. As and for additional adequate protection, Chase is hereby granted a replacement lien on all Cash Collateral generated from the Property, which replacement lien shall have the same validity and priority as its pre-petition lien on the Property.

7. The hearing on the Debtors' Motion(s) for Use of Cash Collateral is continued to September 2, 2009 at 2:00 p.m. Debtors are to file with the Court by August 17, 2009 copies of all monthly reports and bank statements required to be delivered to Chase by this Order. Chase shall file any additional papers it deems appropriate in connection with the Motion(s) by August 28, 2009.

#####

DATED: July 21, 2009

United States Bankruptcy Judge

**13742 Mount Baldy Way, Victorville, California**
PROPOSED OPERATING BUDGET
Monthly

Exhibit A

| | |
|---|---:|
| Mortgage Payment at current rate | 889.90 |
| Landscaping | 125.00 |
| Maintenance, Repair (reserves) | 70.10 |
| (underfunded) | |
| Vacancy factor     4% | 59.00 |
| County of San Bernardino Property Tax | 100.00 |
| (Unkn amount in Debtors Escrow account with Lender) | |
| Insurance (reserves) | 53.50 |
| Water and sanitation | 40.00 |
| Total | $1,337.50 |

**9013-3.1**

| In re (SHORT TITLE) | CHAPTER: **11** |
| --- | --- |
| | CASE NO.: **6:09-16684- BB** |
| **JOHN and ALBA QUARELLO**, Debtor(s) | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**PO Box 400060, Hesperia, California, 92345**

The foregoing document described **"Order re Debtors' Motions (2) for Use of Cash Collateral"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 5, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **June 5, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. (Served via U.S. Mail):*

Honorable S. Bluebond, Suite 1482
U.S. BANKRUPTCY COURT
255 E. Temple Street
Los Angeles, CA 90012-3332                 ☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows**.** *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7, 2009 | Maria Olivares | ***/s/ Maria Olivares*** |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

5
ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL
13742 Mount Baldy Way, Victorville, California

Revised January 2009                                                      **F 9013-3.1**

| | |
|---|---|
| In re                    (SHORT TITLE) | CHAPTER: **11**<br>CASE NO.: **6:09-16684- BB** |
| **JOHN and ALBA QUARELLO**, Debtor(s) | |

<u>**NOTE TO USERS OF THIS FORM**</u>:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for Debtors (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in Category 1.

## <u>NOTICE OF ENTERED ORDER AND SERVICE LIST</u>

Notice is given by the court that a judgment or order entitled (*specify*) **"Order re Debtors' Motions (2) for Use of Cash Collateral"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 29, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Elizabeth A Lossing elizabeth.lossing@usdoj.gov
- Joe M Lozano notice@NBSDefaultServices.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Edward T Weber eweber@rcolegal.com, bknotice@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

---
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January*

ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL
13742 Mount Baldy Way, Victorville, California

**In Re: John and Alba Quarello**   **SERVICE INFORMATION**   **Case #6:09-16684-BB**

Topaz Marketplace
14135 Main St.
Hesperia, CA 92345-8094

Bank of America
PO Box 21848
Greensboro, NC 27420-1848

Countrywide Funding
SV-314B
PO Box 5170
Simi Valley, CA93062-5170

Downey Savings
3501 Jamboree Rd
Att: Dep. 3320
Newport Beach, CA 92660

GMAC
PO Box 4622
Att: Customer Care
Waterloo, IA 50704-4622

Washington Mutual
7255 Bay Meadows Way
Att: Bankruptcy Dept.
Jacksonville, FL 32256

ALW Sourcing, LLC
1084 Washington Blvd.
Baltimore, MD 21230

West Asset Management Inc.
PO Box 790113
St. Luis, MO 63179-0113

Citifinancial Retail Services
PO Box 6933
The Lakes, HV 88901

Haven Management
2151 Convention Ctr. Wy.
Suite 222
Ontario, CA 91764

The Members Only Federal
Credit Union
14250 7th., Streeet
Victorville, CA 92395

7
ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL
13742 Mount Baldy Way, Victorville, California

| | |
|---|---|
| 1 | |
| 2 | Wells Fargo<br>PO Box 30086<br>Los Angeles, Ca 90030 |
| 3 | |
| 4 | Wells Fargo<br>MACX2303-028AU12454<br>PO Box 14469<br>Des Moines, IA 50306 |
| 5 | |
| 6 | Chase Card Member Services<br>PO Box 15548<br>Wilmington DE 19886-554 |
| 7 | |
| 8 | County of San Bernardino<br>Treasurer-Tax Collector<br>172 West 3rd Street<br>San Bernardino, California 92415 |
| 9 | |
| 10 | |
| 11 | Washington Mutual<br>PO Box 2395<br>Chatsworth, CA 91313-2395 |
| 12 | |
| 13 | Washington Mutual<br>PO Box 660487<br>Dallas, TX 75266-0487 |
| 14 | |
| 15 | |
| 16 | Saint Mary's Medical Cntr.<br>18300 Hwy 18<br>PO Box 7025<br>Apple Valley CA 92307 |
| 17 | |
| 18 | Elizabeth A. Lossing<br>United States Trustee (RS)<br>3685 Main Street 3rd FL<br>Riverside, CA 92501 |
| 19 | |
| 20 | |
| 21 | Joe M. Lozano, Jr.<br>JPMorgan Chase Bank, National Association<br>7255 Baymeadows Way<br>Mail Stop JAXB2007<br>Jacksonville, FL 32256 |
| 22 | |
| 23 | |
| 24 | Countrywide Home Loans<br>7105 Corporate Drive<br>Plano, TX 75024 |
| 25 | |
| 26 | ERSolutions<br>800 SW 39th Street<br>PO Box 9004<br>Renton WA 98057 |
| 27 | |
| 28 | |
| | City of Victorville<br>P.O. Box 5001 |

1. Victorville CA 92393-4999

2. American General Financial
   PO Box 54770
3. Los Angeles CA 90054-0000

4. Polk, Prober & Raphael
   A Law Corporation
5. David F. Makkabi, Esquire
   20750 Ventura Boulevard
6. Suite 100
   Woodland Hills, CA 91364