Polk, Prober & Raphael
A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Movant
Downey Savings and Loans Association, F.A.
D.074-023

**FILED & ENTERED**

**JUL 27 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>JOHN EDWARD QUARELLO and<br>ALBA MERCEDES QUARELLO,<br><br>Debtors. | Bk. No. 6:09-bk-16684-BB<br><br>Chapter 11<br><br>**STIPULATED ORDER VALUING VALUING REAL PROPERTY LOCATED AT 12258 JASMINE COURT, VICTORVILLE, CA**<br><br>Date: July 29, 2009<br>Time: 11:00 a.m.<br>Place: U.S. Bankruptcy Court<br>     340 Twelfth Street<br>     Riverside, California 92501<br>     Courtroom 303<br>     3rd Floor |

The Court having reviewed and considered the parties' Stipulation Re: Debtors' Motion to Determine Value of 12258 Jasmine Court, Victorville, California filed by Movant Downey Savings and Loan Association, F.A, its assignees and/or successors in interest, and the parties having stipulated that:

    a. Downey Savings is the current payee of a Promissory Note dated November 4, 2005 in the original principal amount of $178,500.00 (the "Note") secured by a First Deed of

1

Trust (the "Deed of Trust") upon the real property located at 12258 Jasmine Court, Victorville, California (the "Property");

b. The Debtors commenced the above chapter 11 case by filing a voluntary petition for relief with this Court on April 6, 2009;

**c.** On April 14, 2009, Downey Savings filed secured proof of claim #2-1 in the sum of $201,698.30;

and other good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Debtors' motion to value the real property located at 12258 Jasmine Court, Victorville, CA currently scheduled for hearing on July 29, 2009 at 11:00 a.m. in Courtroom 303 (the "Motion") is hereby resolved on the terms set forth below. Accordingly, the July 29, 2009 hearing on the Motion is hereby taken off calendar.

2. Pursuant to Bankruptcy Code section 506(a), the estimated fair market value of the Property as of the Petition Date was $99,000.00.

3. Effective upon confirmation of a chapter 11 plan in the above case, Claim #2-1 will be treated as an allowed secured claim for $99,000.00. Any additional amounts sought by Downey Savings under the Note shall be treated as general unsecured claims in the above bankruptcy case.

# # #

DATED: July 27, 2009

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

The foregoing document described ORDER ON STIPULATION RE: DEBTOR'S MOTION TO DETERMINE VALUE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/7/09, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 07/16/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07/16/09     Danielle Seth-Hunter          /s/ Danielle Seth-Hunter
                                                               *Signature*

| | |
|---|---|
| 1 | **II. SERVED BY U.S. MAIL** |
| 2 | **Honorable Sheri Bluebond** |
| 3 | **U.S. Bankruptcy Court**<br>**3420 Twelfth Street** |
| 4 | **Riverside, CA 92501-3819**<br>**JUDGE'S COPY** |
| 5 | **John Edward Quarello** |
| 6 | **Alba Mercedes Quarello**<br>**P.O. Box 3123** |
| 7 | **Apple Valley, CA 92307** |
| 8 | **Attorney for U.S. Trustee**<br>**Elizabeth A. Lossing** |
| 9 | **3685 Main Street, Suite 300**<br>**Riverside, CA 92501** |
| 10 | **Washington Mutual** |
| 11 | **7255 Bay Meadows Way**<br>**Att: Bankrutpcy Dept.** |
| 12 | **Jacksonville, FL 32256** |
| 13 | **Washington Mutual**<br>**PO Box 395** |
| 14 | **Chatsworth, CA 91313-2395** |
| 15 | **Joe M. Lozano, Jr.**<br>**JPMorgan Chase Bank, N.A.** |
| 16 | **7255 Baymadows Way**<br>**Mail Stop JAXB2007** |
| 17 | **Jacksonville, FL 32256** |
| 18 | **Polk, Prober & Raphael, A Law Corporation**<br>**Attorneys for Movant** |
| 19 | **P.O. Box 4365**<br>**Woodland Hills, CA 91367** |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) Order on Motion for Relief from Stay (Real Property)    was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 7, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Joey Deleon joeydeleon@downeysavings.com, cgeoghegan@downeysavings.com;carlotaseng@downeysavings.com
Elizabeth A Lossing elizabeth.lossing@usdoj.gov
Joe M Lozano notice@NBSDefaultServices.com
Cassandra J Richey cmartin@pprlaw.net
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
Edward T Weber eweber@rcolegal.com, bknotice@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by first class, postage prepaid, U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

John Edward Quarello
Alba Mercedes Quarello
P.O. Box 3123
Apple Valley, CA 92307

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page