FILED & ENTERED

JUL 31 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

John Edward Quarello and Alba Mercedes Quarello,

Debtor(s).

Case No: 6:09-bk-16684-BB

Chapter: 11

**ORDER DENYING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE REVISED CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

On July 22, 2009, debtors in the above-referenced case filed an ex parte application for an extension of time to file a revised chapter 11 plan of reorganization and disclosure statement (the "Ex Parte Application"). The Court having found that the Ex Parte Application was not served on parties in interest, was not supported by a declaration under penalty of perjury and was not noticed for hearing in accordance with the Local Bankruptcy Rules, and other good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Ex Parte Application is denied without prejudice on procedural grounds. If debtor would like an extension of the deadline imposed by the Court for the filing of a plan and disclosure statement, or of the exclusivity periods imposed by the Bankruptcy Code for the filing and solicitation of a plan of reorganization, the debtor should file and serve a fully-noticed motion, supported by one or more declarations under penalty of perjury.

###

DATED: July 31, 2009

United States Bankruptcy Judge

**<u>NOTE TO USERS OF THIS FORM</u>**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DENYING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE REVISED CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 7/29/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

**Elizabeth A Lossing**
Email: elizabeth.lossing@usdoj.gov

☐ Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**John and Alba Quarello**
PO Box 3123
Apple Valley, CA 92307

☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page