# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| Debtor(s) Name:<br><br>John Edward Quarello<br><br>Alba Mercedes Quarello | For Court Use Only<br><br>**FILED**<br><br>June 1, 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY KXF DEPUTY CLERK |
|---|---|
| Chapter: 11<br><br>Case Number: 6:09–bk–16684–CB | **ORDER CLOSING CASE** |

*The plan of reorganization in the above referenced case has been fully implemented. An application for a Final Decree closing this case was granted by the Court on 5/9/11, and this case is therefore closed.*

*Dated: 6/1/11*                                                                          *By Order of the United States Bankruptcy Court*


                                                                                         **Kathleen J. Campbell**
                                                                                         *Clerk of Court*


232/ KXF